UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>STEPHEN A. DEVEREAUX and KATHERINE C. BLOMQUIST,<br><br>Debtors. | Case No. 24-40069-NGH<br>(Chapter 13) |
| WILLIAM L. HOROSZKO<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN A. DEVEREAUX,<br><br>Defendant. | Adversary Case No. 24-8017-NGH |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED ADVERSARY COMPLAINT

The Court having reviewed the Plaintiff's Motion for Leave to File Amended Adversary Complaint (Dkt. 9), there being no objections thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion be and the same is hereby approved and the Plaintiff may immediately file the Amended Adversary Complaint attached to said Motion. // end of text //

DATED: August 21, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED ADVERSARY COMPLAINT – 1**

Submitted by:

Heidi Buck Morrison
Attorney for William L. Horoszko

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED ADVERSARY COMPLAINT – 2**