Alexandra O. Caval, ISB#7999
Caval Law Office, P.C.
P.O. Box 1716
Twin Falls, ID 83303-1716
T: 208.733.2035
F: 208.733.3919
alex@cavallawoffice.com

*Attorney for Stephen Devereaux*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **STEPHEN A DEVEREAUX, KATHERINE C BLOMQUIST,** | **Case No. 24-40069-NGH** |
| Debtors. | |
| **WILLIAM L HOROSZKO,** | |
| Plaintiff, | |
| v. | **Adversary Case No. 24-8017-NGH** |
| **STEPHEN DEVEREAUX.** | |
| Defendant. | |

### MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant Stephen Devereaux, through his counsel of record, and hereby moves the Court pursuant to F.R.B.P. 9006(b) for an order enlarging time to respond to Plaintiff's Amended Complaint that was filed with the Court on August 27 (Doc. No. 15). Defendant requests an extension of time to September 24, 2024, to respond to Plaintiff's Amended Complaint (Doc. No. 15). In support of his motion the Defendant states the following:

1. In response to Defendant's Motion to Dismiss, the Plaintiff filed a Motion to Amend his Complaint (Doc. No. 9). The Court granted that request on August 20, 2024.

2. Subsequently, Plaintiff, with consent from Defendant's Counsel, filed an amended complaint that differed from the version attached filed with the Court as part of his Motion to Amend. The amended complaint adds a second cause of action. The Plaintiff filed his amended complaint on August 27, 2024 (Doc. No. 15) and F.R.B.P. 7015 and F.R.C.P. 15(a)(3) require a response to the amended please to be made within 14 days after service of the amended pleading, or September 10, 2024.

3. Mr. Devereaux and his counsel were not able to discuss Plaintiff's amended complaint sufficiently in advance of the deadline due to each party's conflicting schedules in order to adequately respond to Plaintiff's amended complaint.

4. Defendant Stephen Devereaux hereby requests a 14-day extension of time to September 24, 2024 which is 28 days from the date the Amended Complaint was filed with the Court. Defendant asserts that the scheduling conflicts with his counsel constitute cause for a 14-day enlargement of time under Rule 9006(b) for a response as required by Rule 7015(a)(3).

5. A proposed Order is submitted with this motion.

DATED: September 10, 2024

                                                  /s/ Alexandra O. Caval
                                                  Attorney for Defendant Stephen Devereaux

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 10, 2024, I cause to be served a true and correct copy of the foregoing document by the method indicated below, and address to the following:

| | | |
|---|---|---|
| Heidi Buck Morrison | ___ | US Mail |
| Racine Olson PLLP | _X_ | CM/ECF |
| heidi@racineolson.com | | |

                                             */s/ Alexandra O. Caval*
                                             Attorney for Defendant Stephen Devereaux

DEFENDANT EX-PARTE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT – PAGE 3